UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ABBVIE INC., and ABBVIE BIOTECHNOLOGY LTD.,

    Plaintiff,

v.                                                          Action No. 2:16cv322

MEDIMMUNE LIMITED,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court. This action came for decision before the Court. The issues have been considered and a decision has been rendered.**

**IT IS ORDERED** that Defendants Motion to Dismiss for Lack of Standing is **GRANTED**. The Court **ORDERS** this case be **DISMISSED WITH PREJUDICE**.

DATED: January 26th, 2017                            FERNANDO GALINDO, Clerk

                                                                             By_____/s/_____
                                                                             T. Brown, Deputy Clerk